RANDY S. GROSSMAN
United States Attorney
EDWARD CHANG
Assistant U.S. Attorney
California Bar No. 268204
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7319
Email: edward.chang2@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  21-CR-3517-AJB |
|---|---|
| v. | UNITED STATES' STATUS REPORT |
| MARK KASIANCHUK, | Date: January 31, 2022 |
| Defendant | Time: 2:00 p.m. |
| | The Honorable Anthony J. Battaglia |

To date, the United States has produced to Defendant 130 pages of discovery and ten discs. This discovery includes arrest reports, custody receipts for evidence, TECS records reflecting crossing history, search warrant for Defendant's phone, surveillance footage from the Port of Entry, video recordings of Defendant's and material witnesses' post-arrest statement, and photographs of the officer's injury.

The timetable to produce discovery is summarized below:

**Body-Port or Remote Cam Video:** The United States produced two discs containing the Port of Entry video.

**Car/Vehicle Inspection:** Upon request and reasonable notice, the United States will provide counsel for Defendant an opportunity to view the seized vehicle.

**Cell Phone Extraction Data:** The United States obtained a search warrant to search Defendant's cell phone. Any data extracted from Defendant's cell phone will be produced to Defendant.

**Areas of Disagreement:** The United States is not aware of any areas of disagreement relating to discovery at this time.

DATED: January 14, 2022

Respectfully submitted,
RANDY S. GROSSMAN
United States Attorney

/s/ *Edward Chang*
Assistant United States Attorney